# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

---

NAHOMI CORINA BAHENA RODRIGUEZ,

     Petitioner,

     v.                               Case No. 2:26-cv-00841 KWR-JHR

TODD M. LYONS, *Acting Director of*
*Immigration And Customs Enforcement*,
MARY DE ANDA-YBARRA, *El Paso Field Office*
*Director for Detention and Removal,*
*U.S. Immigration and Customs Enforcement,*
TODD BLANCHE, *Acting Attorney General of the United States, and*
MARKWAYNE MULLIN, *Secretary, U.S. Department*
*Of Homeland Security*,

     Respondents.

## ORDER FOR SUPPLEMENTAL BRIEFING

THIS MATTER comes before the Court *sua sponte*. Petitioner is a non-citizen in ICE custody. Petitioner filed a habeas petition seeking her immediate release from ICE custody. The Court ordered Respondents to file a response to the Petition. Although Respondents filed a response, it was largely non-responsive to the claims and factual assertions in the Petition. The Court ordered an Amended Response and requested additional information.

However, Petitioner subsequently moved to amend the complaint. The Court granted the motion to amend, and Petitioner filed her Amended Petition. Respondents filed a response to the Amended Petition. Again, the Response was largely non-responsive to the Amended Petition. Notably, Respondents' counsel explained that despite repeated efforts to ascertain the information the Court sought in its order, Respondents have not provided counsel relevant documentation.

The Court directs the parties to supplement the record. Respondents shall state:

- Whether Petitioner was paroled into the United States under 8 U.S.C. § 1182, or whether she was released under 8 U.S.C. § 1226(a), and provide documentation in support of their position;

- Explain why Respondents assert that she is detained under § 1225(b), when she was arrested pursuant to a warrant under 8 U.S.C. § 1226(a) and the immigration judge apparently treated her as detained under 8 U.S.C. § 1226(a).

Petitioner references a release document in her possession. Doc. 16 at 2. The Court directs Petitioner to provide a copy of this document, and state whether she was paroled under 8 U.S.C. § 1182 or released under 8 U.S.C. § 1226(a).

The failure to follow court orders may result in sanctions, up to default judgment or dismissal. Therefore, if the parties are unable to comply with the Court's order, they should explain why.

The parties shall file their supplemental briefing within **fourteen (14) days** of the entry of this order.

**IT IS SO ORDERED**.

_____/S/_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE